William S. Bennett (State Bar No. 315537)
wbennett@sdvlaw.com
SAXE DOERNBERGER & VITA, P.C.
Two BetterWorld Circle, Suite 200
Temecula, CA 92590
Ph: (951) 365-3145; Fax: (203) 287-8847

Attorneys for Plaintiff,
TURNER CONSTRUCTION / PCL JOINT VENTURE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| TURNER CONSTRUCTION / PCL JOINT VENTURE,<br><br>             Plaintiff,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY; XL INSURANCE AMERICA, INC.<br><br>             Defendant. | Case No.: 2:22-cv-06896-SVW-MAAx<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Date Action Filed: 9/23/2022 |
|---|---|

COME NOW, Plaintiff, Turner Construction / PCL Joint Venture and the Defendants, Greenwich Insurance Company and XL Insurance America, Inc., by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41, hereby jointly stipulate to the dismissal of all claims pending in this case, with prejudice, each party to bear its own costs, fees and expenses, including attorney's fees.

Dated:   August 1, 2023            SAXE DOERNBERGER & VITA, P.C.

*/s/ William S. Bennett*

William S. Bennett
Attorneys for Plaintiff, Turner Construction / PCL Joint Venture

Dated: 8/1/23

DENTONS US LLP

_____
Ronald D. Kent
Sabrina Chow
Attorneys for Defendants, Greenwich Insurance Company and XL Insurance America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I will electronically file the foregoing with the Clerk of the Court for the United States District Court, Central District of California using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald D. Kent
Ronaldkent@dentons.com
Sabrina Chow
Sabrina.chow@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

*Attorneys for Defendants,*
Greenwich Insurance Company and XL Insurance America, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 2, 2023.

<u>/s/ William S. Bennett</u>
William S. Bennett, Esq.